**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**
May 1, 2009

Charles R. Fulbruge III
Clerk

No. 08-51073
Summary Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellant

v.

DAVID ALBERTO CORRAL

Defendant-Appellee

Appeal from the United States District Court
for the Western District of Texas
USDC No. 3:05-CR-1684-1

Before JOLLY, BENAVIDES, and HAYNES, Circuit Judges.

PER CURIAM:[*]

David Alberto Corral moves for appointment of counsel for his appeal of his judgment of conviction and sentence. He also moves for transcripts and the reporter's record at the Government's expense.

On March 6, 2007, the Court issued a judgment dismissing Corral's direct appeal (no. 06-51554), reasoning that his notice of appeal did not evince an intent to appeal from any action of the district court. The judgment issued as the mandate on that same date. Because no extraordinary circumstances are

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

presented by Corral's second attempt to directly appeal his guilty-plea conviction and sentence, the Court declines to recall the mandate in appeal no. 06-51554. 5TH CIR. R. 41.2.

Accordingly, IT IS ORDERED that the motions filed by Corral are DENIED as moot, and the instant appeal is DISMISSED as frivolous. 5TH CIR. R. 42.2